Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Paul N. Conover (SBN 192,358)
pconover@kmob.com
Ali S. Razai (SBN 246,922)
ali.razai@kmob.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

James E. Doroshow (SBN 112,920)
jdoroshow@foxrothschild.com
Stephanie L. Brill (SBN 231,751)
slbrill@foxrothschild.com
Samuel L. Alberstadt (SBN 186,402)
salberstadt@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

Attorneys for Defendant Uvex Sports, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> UVEX SPORTS, INC., a Rhode Island corporation. <br><br> Defendant. | Civil Action No. SACV12-184 CJC(MLGx) <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE [F.R.C.P 41(a)(1)(A)(ii)]** |

-1-

1  Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") and Defendant Uvex Sports, Inc. ("Uvex"), acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action.

Oakley and Uvex have reached an agreement to resolve their dispute. This stipulated motion is submitted pursuant to the terms of a Settlement Agreement between Oakley and Uvex ("Settlement Agreement").

Therefore, Oakley and Uvex stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in this action. The Parties have agreed to bear their own costs and attorneys' fees. The Parties stipulate and consent to the continuing jurisdiction of this Court to enforce compliance with the Settlement Agreement.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 8/3/2012   By: _____
Michael K. Friedland
Paul N. Conover
Ali S. Razai
Attorneys for Plaintiff Oakley, Inc.

Dated: 8/3/2012   By: _____
James E. Doroshow (SBN 112920)
Attorney for Defendant Uvex Corp

13351762
052512